UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JEFF BALLARD,<br><br>          Plaintiff,<br><br>vs.<br><br>BRIGHT HORIZONS FAMILY SOLUTIONS PREFERRED PROVIDER ORGANIZATION,<br><br>          Defendant. | Civil No. 12-4205<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the above-named parties, by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(2), and request an order of the Court dismissing the above-entitled action, with prejudice, and without costs to either party.

The basis for this motion is the parties have resolved this dispute.

Dated this 16th day of April, 2013.

                                        NASSER LAW OFFICES, P.C.

                                        By: _____
                                        N. Dean Nasser, Jr.
                                        204 South Main Avenue
                                        Sioux Falls, SD  57104-6310
                                        605-335-0001
                                        dean@nasserlaw.com
                                            *Attorneys for Plaintiff*

Dated this 19th day of April, 2013.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____
Jon Sogn
PO Box 2700
Sioux Falls, SD  57101-2700
605-332-5999
jsogn@lynnjackson.com
*Attorneys for Defendant*
