UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFF BALLARD, | ) | CIV. 12-4205-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO DISMISS CASE |
| BRIGHT HORIZONS FAMILY | ) | |
| SOLUTIONS PREFERRED | ) | |
| PROVIDER ORGANIZATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Joint Motion for Dismissal With Prejudice, it is

ORDERED that the motion (Docket 12) is granted. This action is dismissed, with prejudice, and without costs to either party.

Dated April 19, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE